UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KENNETH THORSON,**

**Case No.: 6:21-cv-00240**

    **Plaintiff,**

**v.**

**DAYTONA STATE COLLEGE, INC.,**

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, Kenneth Thorson, by and through his undersigned trial counsel and files his Complaint and Demand for Jury Trial against his former employer the Defendant, Daytona State College, Inc., and as grounds states:

### *JURISDICTION*

1.     This action involves application of the *Americans with Disabilities Act*. Plaintiff, Kenneth Thorson, alleges the Defendant, Daytona State College, Inc., unlawfully retaliated against him due his disability.

2.     This is an action for damages which exceeds the sum of $75,000 not including reasonable attorney's fees and costs associated with this action, which are part of this action.

3.     The claim asserted in this action arose within the jurisdiction of this district and the alleged discrimination and damages occurred in this district.

4. This court has jurisdiction over this matter pursuant to *28 U.S.C.A. § 1331*. Plaintiff, Kenneth Thorson's cause of action arises under *42 U.S.C.A. §§ 12101 et seq.*, the *Americans With Disabilities Act*.

## *PARTIES*

5. At all times material, Plaintiff, Kenneth Thorson, was, and continues to be, a resident of Daytona Beach, Volusia County, Florida.

6. Prior to his termination, Plaintiff, Kenneth Thorson, was an "employee" of the Defendant, Daytona State College, Inc.,  under *Americans with Disabilities Act Section 101(4) (42 U.S.C.A. § 12111(4))*.

7. At all times material, Plaintiff, Kenneth Thorson, suffered from a disability related to alcoholism as defined by *42 USCA § 12102, Americans with Disabilities Act*.

8. Alcohol addiction is a legally protected class under the *Americans with Disabilities Act, 42 U.S.C.A. §§ 12101 et seq.*

9. At all times material, the Defendant, Daytona State College, Inc., was, and continues to be, a corporation authorized to conduct business in this district.

10. Upon information and belief, the Defendant, Daytona State College, Inc., is an "employer" and a "covered entity" under the *Americans with Disabilities Act Section 101(2), (5)(A) (42 U.S.C.A. § 12111(a)(5)(a))*.

-2-

11.     Prior to instituting this action, Plaintiff, Kenneth Thorson, exhausted all of his administrative remedies with the Defendant, Daytona State College, Inc.

12.     Plaintiff, Kenneth Thorson, met the prerequisites for filing suit under the *Americans with Disabilities Act*. Kenneth Thorson filed a Charge of Discrimination with the State of Florida, Florida Commission on Human Relations alleging that he was discriminated against in violation of the *Americans with Disabilities Act*.

13.     On or after December 3, 2020, the State of Florida, Florida Commission on Human Relations notified Kenneth Thorson that he had the right to sue the Defendant, Daytona State College, Inc., within 1 year of the receipt of the notification.[1]

## *GENERAL ALLEGATIONS*

14.     At all times material, Plaintiff, Kenneth Thorson, was an employee of the Defendant, Daytona State College, Inc., commencing on January 3, 2019 until May 11, 2020, as a Faculty Anatomy Psychology and Biology Assistant Professor.

15.     The Defendant, Daytona State College, Inc., was aware prior to his termination, that Plaintiff, Kenneth Thorson, had dependency issues with alcohol.

16.     On February 25, 2020, Plaintiff, Kenneth Thorson, arrived in his vehicle

---

[1]Notice of Rights

at the Defendant, Daytona State College, Inc.'s campus where he subsequently, existed his vehicle and fell to the ground in an inebriated state.

17.     On or about May 11, 2020, due to the February 25, 2020 incident, the Defendant, Daytona State College, Inc., terminated Plaintiff, Kenneth Thorson, from his employment due to his disability.

18.     Plaintiff, Kenneth Thorson, retained The Harr Law Firm and has agreed to pay a reasonable fee for its service in connection with this matter.

19.     All conditions precedent to the filing of this action have occurred, been performed, or been waived.[2]

## *COUNT I*

### *VIOLATION OF THE AMERICANS WITH DISABILITIES ACT*

20.     Plaintiff, Kenneth Thorson, realleges the general allegations contained in paragraphs 1 through 20 above.

21.     At the time of the February 25, 2020 incident on the Defendant, Daytona State College, Inc.'s campus, Plaintiff, Kenneth Thorson, suffered from a disability due to his alcohol addiction.

22.     Alcohol addiction is a disability as defined by the *Americans with*

_____

[2] *Id.*

*Disabilities Act.*

23.     Alcohol addiction is a legally protected class under the *Americans with Disabilities Act.*

24.     Plaintiff, Kenneth Thorson, is part of the legally protected class due to his alcohol addition which is a disability.

25.     As a direct result of his disability related to alcohol addiction, the Defendant, Daytona State College, Inc., terminated Plaintiff, Kenneth Thorson, from his employment.

26.     The Defendant, Daytona State College, Inc., intentionally discriminated against Plaintiff, Kenneth Thorson, due solely to his disability when it terminated his employment following the February 25, 2020 incident.

27.     These actions by the Defendant, Daytona State College, Inc., violate the *Americans with Disabilities Act*, and constitute an unlawful employment action.

28.     As a result of willful violations of the *Americans with Disabilites Act*, Plaintiff, Kenneth Thorson, incurred and will continue to incur, lost wages and benefits.

**WHEREFORE**, Plaintiff, Kenneth Thorson, respectfully requests that judgment be entered in his favor in an amount to be determined at trial encompassing back pay, attorney's fees, and allowable court costs. In addition,

Kenneth Thorson requests this Court to order the Defendant, Daytona State College, Inc., to reinstate him in his former position with all benefits to which he is entitled.

### *JURY TRIAL*

29.     Plaintiff, Kenneth Thorson, demands a trial by jury on all issues triable.

Dated this 4th day of February, 2021.

Respectfully submitted,

_/s/ Jason L. Harr_

**JASON L. HARR**
Florida Bar No.:  0194336
**THE HARR LAW FIRM**
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email:  jasonharr@harrlawfirm.com
lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone:  (386) 226-4866
Telefax:  (386) 226-4886
**TRIAL COUNSEL FOR PLAINTIFF**
**KENNETH THORSON**


ATTACHMENT:
        Exhibit "A" - Notice of Rights issued by State of Florida, Florida Commission on Human Relations